UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 5:22-cv-00542-AB (PDx) | Date: | May 31, 2022 |
|---|---|---|---|

| Title: | *San Bernardino County Public Administrator v. Jefelyn Giles* et al. |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] Order Striking Plaintiff's Motion to Remand Case and Plaintiff's Request for Judicial Notice**

On March 29, 2022, Defendant Jeffalyn Giles ("Defendant") removed this case from the San Bernardino Superior Court to the Central District of California. (Dkt. No. 1). The case was then assigned to this Court. (Dkt. No. 3). On May 5, 2022, Plaintiff San Bernardino County Public Administrator ("Plaintiff") filed its Motion to Remand State Court Unlawful Detainer Case Back to Superior Court for the County of San Bernardino ("Motion"), (Dkt. No. 13), as well as a related Request for Judicial Notice ("RJN"), (Dkt. No. 14).

On May 9, 2022, the Court rescheduled the hearing date for Plaintiff's Motion from May 27, 2022, to June 10, 2022, since Plaintiff's requested hearing date was untimely, pursuant to Local Rule 6-1. (Dkt. No. 16). Moreover, it informed Plaintiff that it was required to immediately file a statement concerning conference of counsel, pursuant to Local Rule 7-3, since such a statement had not been included in Plaintiff's Motion. (Dkt. No. 16).

| CV-90 (12/02) | CIVIL MINUTES – GENERAL | Initials of Deputy Clerk CB |
|---|---|---|

Twenty-two (22) days later, Plaintiff has yet to file the required statement or to take any other action. For this reason, the Court now **STRIKES** both Plaintiff's Motion, (Dkt. No. 13), and Plaintiff's RJN, (Dkt. No. 14).

**IT IS SO ORDERED**.